In the Matter of Tamara Sloan, Respondent, v Michael Bruyere, Appellant. (Appeal No. 2.) [3 NYS3d 689]—Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered February 10, 2014 in a proceeding pursuant to Family Court Act article 6. The order granted sole custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Lindley, Valentino and DeJoseph, JJ.

Tige C. Fendt, Respondent, v General Electric Company et al., Appellants. [3 NYS3d 689]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered November 8, 2013. The order granted the motion of plaintiff to compel examinations before trial.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on March 10, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Lindley, Valentino and DeJoseph, JJ.